**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-CV-186-GCM**

|  |  |  |
|---|---|---|
| | ) | |
| **INVUE SECURITY PRODUCTS, INC.,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **HALO METRICS, INC.,** | ) | |
| **Defendant.** | ) | |
| | ) | |

      **THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Marc S. Gottlieb** filed on June 30, 2015 [doc. # 10].

      Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

      In accordance with Local Rule 83.1 (B), Mr. Gottlieb is admitted to appear before this court *pro hac vice* on behalf of Defendant, Halo Metrics, Inc..

      **IT IS SO ORDERED.**

Signed: July 2, 2015

Graham C. Mullen
United States District Judge